John A. Demerath, Appellant, v. Arthur C. Schennum, Appellee.

Gen. No. 42,716.

opinion filed February 14, 1945; rehearing denied March 5, 1945; released for publication March 5, 1945. Milton K. Joseph, for appellant; Waller & Nedow and Henry W. Kenoe, for appellee. Opinion by JUSTICE LUPE. Not to be published in full.